UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILBERT HARE, ON BEHALF OF HIMSELF
AND 65 SIMILARLY SITUATED MEMBERS
OF UNITED AUTO WORKERS LOCAL UNION
NO. 668 AND EMPLOYEES OF THE GENERAL
MOTORS CORPORATION,

        Plaintiffs,                      Case Number 15-12043
v.                                         Honorable David M. Lawson

INTERNATIONAL UNION UNITED AUTOMOBILE,
AEROSPACE, AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), and GENERAL
MOTORS LLC,

        Defendants.
_____/

## ORDER OF DISMISSAL

On November 20, 2015, the Court granted attorney Mandel I. Allweil's motion to withdraw as counsel of record in this putative class action, which left the putative class without counsel. The Court informed Mr. Hare, the named plaintiff, that he cannot proceed *pro se* on behalf of a putative class action "[b]ecause, by definition, *pro se* means to appear on one's own behalf, a person may not appear *pro se* on another person's behalf in the other's cause of action." *Cavanaugh ex rel. Cavanaugh v. Cardinal Local Sch. Dist.*, 409 F.3d 753, 755 (6th Cir. 2005), *abrogated on other grounds by Winkelman ex rel. Winkelman v. Parma City. Sch. Dist.*, 550 U.S. 516, 127 (2007); *see also* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct *their own cases* personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.") (emphasis added).

In the order granting attorney Mandel I. Allweil's motion to withdraw as counsel of record for the plaintiff, the Court informed Mr. Hare that he must either file an amended complaint, which

deleted the class references and proceed on his own behalf, or find suitable counsel to represent him and the putative class in this case. The Court allowed Mr. Hare thirty days to make the election. The Court further informed Mr. Hare that if he declined to make a decision by December 21, 2015, the case would be dismissed without prejudice. New counsel has not appeared for the plaintiff and Mr. Hare did not file an amended complaint deleting the class references. Therefore, the case will be dismissed without prejudice.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: January 6, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 6, 2016.

s/Susan Pinkowski
SUSAN PINKOWSKI